**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES AMMONS and GAIL AMMONS** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case 1:21-cv-00367-JB-N |
| | * | |
| **TRAVELERS PERSONAL INSURANCE** | * | |
| **COMPANY,** | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF SERVICE OF DISCOVERY**

Please take notice that on the 15th day of December, 2021, undersigned counsel for Plaintiffs, James Ammons and Gail Ammons served the following discovery documents on counsel for Defendants via electronic mail.

  (X)  Plaintiffs' Expert Report

            Respectfully submitted,

            WILLIAMS & KEAHEY
            Attorneys for the Plaintiffs


            */s/ Bo Keahey*
            _____
            ROBERT D. (BO) KEAHEY, JR.
            (ASB-KEAHR0241)

**OF COUNSEL:**

WILLIAMS & KEAHEY, LLC
Post Office Box 610
Grove Hill, Alabama 36451
PH:  (251) 275-3155
PH:  (251) 275-3102
Email: Bo@williamskeahey.com

Ruth R. Lichtenfeld
Steve Martino

TAYLOR MARTINO, PC
Post Office Box 894
Mobile, Alabama 36601
PH:  (251) 433-3131
FX:  (251) 433-4207
Email: Ruth@taylormartino.com
Email: Steve@taylormartino.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of December, 2021, I filed the foregoing document electronically with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Bo Keahey*

ROBERT D. (BO) KEAHEY, JR.